# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-2250

_____

Yehowceph Namukura Aldeeltqua,    *
   *
        Appellant,    *
   *
     v.    *
   *
Jim Guy Tucker, Former Governor    *
(originally sued as Gov. Tucker); Mike    *
Huckabee, Governor, State Capitol    *
(originally sued as Gov. Huckabee);    *
State of Arkansas; Pulaski County,    *
Chancery Court; Vann Smith, Judge,    *    Appeal from the United States
Third Division; AR Supreme Court; Sue *    District Court for the Eastern
Newbery, Supreme and Appeals Court    *    District of Arkansas.
Coordinator, Arkansas Supreme Court    *
(originally sued as Sue Newberry);    *    [UNPUBLISHED]
Maudine Day, Chancery Court, Court    *
Reporter; John Doe, Sheriff, Pulaksi    *
County; Larry Norris, Director,    *
Arkansas Department of Correction;    *
Berry, Correctional Officer,    *
Transportation; Arkansas Attorney    *
General, Office, Little Rock, Arkansas;    *
Smith, Judge, Case EOT 97-3885,    *
   *
        Appellees.    *

_____

Submitted:  July 7, 1999
Filed: July 21, 1999

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Yehowceph Namukura Aldeeltqua appeals the district court's order denying Aldeeltqua's application to proceed in forma pauperis under 28 U.S.C. § 1915(g) and dismissing his 42 U.S.C. § 1983 complaint without prejudice.  Having carefully considered the record and Aldeeltqua's brief, we find no basis for reversal.  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.